```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                2:14-cr-223-6

Candance Six,
aka Candance S. Artis

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 115) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and she is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: February 13, 2015          _____s\James L. Graham_____
                                                James L. Graham
                                                United States District Judge